IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY OF ROCHELLE, ILLINOIS, | ) ) ) ) | |
| Plaintiff, | ) ) | Case Number: 2013 CV 5693 |
| v. | ) ) | |
| THE MCGRAW-HILL COMPANIES, INC., et al., | ) ) ) | The Honorable Rebecca R. Pallmeyer |
| Defendants. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Moody's Corporation and Moody's Investors Service, Inc. state as follows:

1. Moody's Corporation and Moody's Investors Service are defendants in *First National Bank and Trust Company of Rochelle Illinois v. The McGraw-Hill Companies, Inc., et al.*, No. 2013 CV 5693.

2. Moody's Investors Service is a wholly-owned subsidiary of Moody's Corporation, which is a publicly-held corporation.

3. Moody's Corporation has no parent corporation.

4. The only publicly-held corporation owning 10% or more of Moody's Corporation stock is Berkshire Hathaway, Inc.

Dated: August 20, 2013                    Respectfully submitted,

                                              By: /s/ Michael P. Kornak

                                              Michael P. Kornak (# 6237471)
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Phone: 312/360-6000
Fax: 312/360-6996

and

Joshua M. Rubins
James J. Coster
Glenn C. Edwards
(*pro hac vice* applications to be submitted)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, New York 10169
Phone: 212/818-9200
Fax: 212/818-9606

*Counsel for Moody's Corporation and Moody's Investors Service, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on August 20, 2013 he electronically filed the foregoing **Corporate Disclosure Statement** with the Clerk of the United States District Court, Northern District of Illinois, using their CM/ECF system which will automatically send email notifications of such filing to all counsel of record listed below:

Derek Sebastian Witte
TALCOTT FRANKLIN P.C. (Of Counsel)
40 Pearl Street, N.W.
Suite 924
Grand Rapids, MI 49503
616/719-3106
derek@talcottfranklin.com

*Counsel for First National Bank and Trust Company of Rochelle, Illinois*

Andrew C Boldt
Dawn Marie Canty
Gil M. Soffer
Sheldon Toby Zenner
KATTEN MUCHIN ROSENMAN, LLP
525 West Monroe
Chicago, IL 60661
312/902-5200
andrew.boldt@kattenlaw.com
dawn.canty@kattenlaw.com
gil.soffer@kattenlaw.com
sheldon.zenner@kattenlaw.com

*Counsel for The McGraw Hill Companies, Inc. and Standard & Poor's Financial Services LLC*

/s/ Michael P. Kornak