## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

First National Bank and Trust Company of Rochelle,
Illinois

Plaintiff,

v.

Case No.:
1:13–cv–05693

Honorable Rebecca
R. Pallmeyer

The McGraw Hill Companies, Inc, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2013:

     MINUTE entry before Honorable Rebecca R. Pallmeyer: Agreed motion by stipulation to enter agreed order setting briefing schedule [18] granted. Defendant's time to respond to Plaintiff's First Amended Complaint shall be extended to 10/15/203. Defendants shall filed any motions to dismiss by 10/15/2013. Plaintiff's responses to Defendants' motion to dismiss by 12/16/2013. Defendants replies to be filed by 1/16/2014. Status hearing set for 10/15/2013 is stricken. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.