IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY OF ROCHELLE, ILLINOIS,<br><br>    Plaintiff,<br><br>  v.<br><br>THE MCGRAW-HILL COMPANIES, INC., STANDARD & POOR'S FINANCIAL SERVICES, LLC, STANDARD & POOR'S RATINGS SERVICES, and MOODY'S CORP., MOODY'S INVESTORS SERVICES, INC.<br><br>    Defendants. | No. 13-cv-05693 |

## [PROPOSED] ORDER

This cause coming to be heard on the parties' Agreed Motion by Stipulation to Enter Agreed Order Setting Briefing Schedule, IT IS HEREBY ORDERED:

1.    Defendants' time to respond to Plaintiff's First Amended Complaint shall be extended to October 15, 2013. Defendants shall file any motions to dismiss the First Amended Complaint by October 15, 2013. Plaintiff shall file any responses to Defendants' motions to dismiss no later than December 16, 2013. Defendants shall file any replies in support of their motions to dismiss no later than January 16, 2014.

2.    This Order shall be without prejudice to any Defendant's right to seek, and Plaintiff's right to oppose, an additional extension of time to respond to the First Amended Complaint.

      3.      No defense of any of the Defendants is prejudiced or waived by this Order or by such Defendant's executing, agreeing to, joining, or filing the Agreed Motion.

_____
Rebecca R. Pallmeyer
United States District Judge

Date: August 20, 2013