# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 2013-cv-05693 |

First National Bank and Trust Company of
Rochelle, Illinois, Plaintiff

v.

The McGraw-Hill Companies, Inc., Standard &
Poor's Financial Services LLC, Standard &
Poor's Ratings Services, Moody's Corp., and
Moody's Investors Services, Inc., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants The McGraw-Hill Companies, Inc. (n/k/a McGraw-Hill Financial, Inc.) and Standard & Poor's Financial Services, LLC

| |
|---|
| NAME (Type or print) |
| Susan Buckley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically |
| /s/ Susan Buckley |
| FIRM |
| Cahill Gordon & Reindel LLP |
| STREET ADDRESS |
| 80 Pine Street |
| CITY/STATE/ZIP |
| New York, NY 10005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (212) 701-3862 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☑ YES ☐ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES ☑ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ YES ☐ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☑ YES ☐ NO |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL           APPOINTED COUNSEL |