**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY OF ROCHELLE, ILLINOIS. | ) ) ) | |
| Plaintiff, | ) ) | No. 2013-cv-05693 |
| v. | ) ) | |
| THE MCGRAW-HILL COMPANIES, INC., STANDARD & POOR'S FINANCIAL SERVICES, LLC., STANDARD & POOR'S RATINGS SERVICES, and MOODY'S CORP., MOODY'S INVESTORS SERVICES, INC., | ) ) ) ) ) ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that, on Tuesday, October 1, 2013, at 8:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge as may be sitting in her place and stead, and will then and there present the *Agreed Motion of All Parties For Leave to File Excess Pages in Support of Motion to Dismiss Briefing*, a copy of which is attached hereto and hereby served upon you.

Dated: September 27, 2013

**McGRAW HILL FINANCIAL, INC. and STANDARD & POOR'S FINANCIAL SERVICES, LLC**

By: /s/ Dawn M. Canty

| | |
|---|---|
| Sheldon T. Zenner (IL# 3122184) | Floyd Abrams (*pro hac vice* pending) |
| Gil M. Soffer (IL# 6201959) | Susan Buckley |
| KATTEN MUCHIN ROSENMAN LLP | Jason M. Hall |
| 525 West Monroe Street | CAHILL GORDON & REINDEL LLP |
| Chicago, IL 60661 | Eighty Pine Street |
| Tel: (312) 902-5200 | New York, New York 10005-1702 |
| Fax: (312) 902-1061 | Tel: (212) 701-3000 |
| sheldon.zenner@kattenlaw.com | Fax: (212) 378-2712 |
| gil.soffer@kattenlaw.com | |