# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

First National Bank and Trust Company of Rochelle, Illinois

        Plaintiff,

v.

The McGraw Hill Companies, Inc, et al.

        Defendant.

Case No.: 1:13−cv−05693

Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2013:

    MINUTE entry before Honorable Rebecca R. Pallmeyer: Agreed motion of all parties for leave to file excess pages in support of motion to dismiss briefing [27] granted. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.