IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY OF ROCHELLE, ILLINOIS,<br><br>    Plaintiff,<br><br> v.<br><br>THE MCGRAW-HILL COMPANIES, INC., STANDARD & POOR'S FINANCIAL SERVICES, LLC, STANDARD & POOR'S RATINGS SERVICES, and MOODY'S CORP., MOODY'S INVESTORS SERVICES, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 13-cv-05693 |

ORDER

This cause coming to be heard on the parties' Agreed Motion of All Parties For Leave to File Excess Pages in Support of Motion to Dismiss Briefing,

IT IS HEREBY ORDERED:

1. Defendants shall be granted leave to file briefing of up to forty (40) pages collectively in support of their motions to dismiss.

2. Plaintiff shall be granted leave to file briefing of up to forty (40) pages in support of its response to Defendants' motions to dismiss.

3. Defendants shall be granted leave to file briefing of up to twenty (20) pages collectively in support of their replies.

_____
REBECCA R. PALLMEYER
United States District Judge

Dated: September 30, 2013