**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY OF ROCHELLE, ILLINOIS. | ) ) ) | |
| Plaintiff, | ) ) | No. 2013-cv-05693 |
| v. | ) ) | |
| THE MCGRAW-HILL COMPANIES, INC., STANDARD & POOR'S FINANCIAL SERVICES, LLC., STANDARD & POOR'S RATINGS SERVICES, and MOODY'S CORP., MOODY'S INVESTORS SERVICES, INC., | ) ) ) ) ) ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    The Persons on the Attached Service List

PLEASE TAKE NOTICE that on Tuesday, October 15, 2013, the undersigned filed with

the Clerk of the United States District Court the foregoing *Motion to Dismiss* and *Memorandum*

*of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint,* copies of

which are hereby served upon you.

Dated:  October 15, 2013

Respectfully submitted,

**McGRAW HILL FINANCIAL, INC.; STANDARD & POOR'S FINANCIAL SERVICES, LLC; and MOODY'S CORPORATION; MOODY'S INVESTORS SERVICE, INC.**

| | |
|---|---|
| By: /s/ Dawn M. Canty | By: /s/ Michael P. Kornak |
| Sheldon T. Zenner<br>Gil M. Soffer<br>Dawn M. Canty<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>Phone:  (312) 902-5200<br>Fax:      (312) 902-1061<br>sheldon.zenner@kattenlaw.com<br>gil.soffer@kattenlaw.com<br>dawn.canty@kattenlaw.com | Michael P. Kornak (#6237471)<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, Illinois 60606<br>(312) 360-6000 |
| Floyd Abrams*<br>Susan Buckley<br>Jason M. Hall<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, New York 10005-1702<br>(212) 701-3000 (telephone)<br>(212) 378-2712 (facsimile) | Joshua M. Rubins<br>James J. Coster<br>Glenn C. Edwards<br>SATTERLEE STEPHENS BURKE & BURKE LLP<br>230 Park Avenue, 11th Floor<br>New York, New York 10169<br>Phone:  (212) 818-9200<br>Fax:  (212) 818-9606 |
| *Pending appearance in this action.* | ***Attorneys for Moody's Corporation and Moody's Investors Service, Inc.*** |
| ***Attorneys for McGraw Hill Financial, Inc. and Standard & Poor's Financial Services, LLC*** | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on October 15, 2013, she caused a

true and correct a copy of the foregoing *Motion to Dismiss* and *Memorandum of Law in Support*

*of Defendants' Motion to Dismiss the First Amended Complaint* to be filed using the CM/ECF

system, which will send notification of such filing to the registered CM/ECF users listed below:

Derek S. Witte
TALCOTT FRANKLIN P.C.
ARDC No. 6278731
40 North Pearl Street, Suite 924
Grand Rapids, MI 49503
Phone: (616) 719-3106
Fax: (877) 577-1356
derek@talfranklin.com

Talcott J. Franklin
Martha Evans
TALCOTT FRANKLIN P.C.
208 North Market Street, Suite 200
Dallas, Texas 75202
Phone: (214) 736-8730
Fax: (877) 577-1356
tal@talfranklin.com

Howard B. Prossnitz, Esq.
ARDC No. 2258927
LAW OFFICES OF HOWARD PROSSNITZ
218 North Jefferson
Suite 300
Chicago, IL 60661
(312) 382-8201
(312) 382-8203 fax
howard@prossnitzlaw.com

s/ Dawn M. Canty
DAWN M. CANTY

3