UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY OF ROCHELLE, ILLINOIS,<br><br>            Plaintiff,<br><br>    v.<br><br>THE MCGRAW-HILL COMPANIES, INC., et al.,<br><br>            Defendants. | Case No. 1:13-CV-05693<br><br>Hon. Rebecca R. Pallmeyer<br><br>DECLARATION OF GLENN C. EDWARDS |

        GLENN C. EDWARDS declares as follows under penalty of perjury:

        1.     I am a partner with the firm of Satterlee Stephens Burke & Burke LLP, co-counsel for defendants Moody's Corporation and Moody's Investors Service, Inc. in the above-captioned action. I make this declaration in support of the joint motion of defendants to dismiss the First Amended Complaint.

        2.     Attached are true and complete copies of the original ratings announcements issued by Moody's Investors Service with respect to those securities alleged in the complaint to have been purchased by plaintiff (if rated by Moody's).

        I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2013.

                                                                                      Glenn C. Edwards

1787430_1



Global Credit Research
Rating Action
30 SEP 2005

**Rating Action:**

**MOODY'S RATES CWALT MORTGAGE PASS-THROUGH TRUST 2005-46CB ALT-A MORTGAGE DEAL**

**Approximately $1.112 Billion of Mortgage-Backed Securities Rated**

New York, September 30, 2005 -- Moody's Investors Service has assigned a Aaa rating to the senior certificates issued by CWALT Mortgage Pass Through Trust 2005-46CB. Moody's has also assigned Aa1 rating to the senior-support certificate in the deal.

The securitization is backed by loans originated by Countrywide Home Loans. The ratings are based primarily on the credit quality of the loans, and on the protection from subordination. The pool consists of ALT A mortgage loans with the average loans balances that conform to the guidelines of Fannie Mae and Freddie Mac. Moody's expects collateral losses to range from 0.30% to 0.50%.

Countrywide Home Loans Servicing LP will service most of the loans and also will act as master servicer. Moody's has assigned Countrywide Home Loans Servicing LP its top servicer quality rating (SQ1) as a primary servicer of prime and subprime loans.

THE COMPLETE RATING ACTIONS ARE AS FOLLOWS:

Alternative Loan Trust 2005-46CB

Mortgage Pass-Through Trust Certificates, Series 2005-46CB

Class A-1, Aaa

Class A-2, Aaa

Class A-3, Aaa

Class A-4, Aaa

Class A-5, Aaa

Class A-6, Aaa

Class A-7, Aaa

Class A-8, Aaa

Class A-9, Aaa

Class A-10, Aaa

Class A-11, Aaa

Class A-12, Aaa

Class A-13, Aaa

Class A-14, Aaa

Class A-15, Aa1

Class A-16, Aaa

Class A-17, Aaa

Class A-18, Aaa

Class A-19, Aaa

Class A-20, Aaa

Class A-21, Aaa

Class A-22, Aaa

Class PO, Aaa

Class A-R, Aaa

Additional research is available on http://www.moodys.com.

New York
Jay A. Siegel
Managing Director
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Ajit Thomas
Associate Analyst
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

Copyright 2005, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."

Case: 1:13-cv-05693 Document #: 39 Filed: 10/15/13 Page 4 of 18 PageID #:311



Global Credit Research
Rating Action
11 APR 2007

**Rating Action:** CWALT, Inc. Mortgage Pass-Through Certificates, Series 2007-8CB

**Moody's rates Countrywide Alternative Loan Trust 2007-8CB Alt-A Mortgage Deal**

**Approximately $722 Million of Mortgage-Backed securities rated**

New York, April 11, 2007 -- Moody's Investors Service has assigned a Aaa rating to the senior certificates issued by Alternative Loan Trust 2007-8CB, and Aa1 rating to the super senior support certificates in this deal.

The securitization is backed by Countrywide Home Loans, Inc. originated, fixed-rate, Alt-a mortgage loans acquired by Countrywide Financial Corporation. The ratings are based primarily on the credit quality of the loans and on protection against credit losses by subordination. Moody's expects collateral losses to range from 0.40% to 0.60%.

Countrywide Home Loans Servicing LP will act as master servicer to the mortgage loans

THE COMPLETE RATING ACTIONS ARE AS FOLLOWS:

Issuer: CWALT, Inc. Alternative Loan Trust 2007-8CB

Mortgage Pass-Through Certificates, Series 2007-8CB

Cl. A-1, Assigned Aaa

Cl. A-2, Assigned Aaa

Cl. A-3, Assigned Aaa

Cl. A-4, Assigned Aaa

Cl. A-5, Assigned Aaa

Cl. A-6, Assigned Aaa

Cl. A-7, Assigned Aaa

Cl. A-8, Assigned Aaa

Cl. A-9, Assigned Aaa

Cl. A-10, Assigned Aa1

Cl. A-11, Assigned Aaa

Cl. A-12, Assigned Aaa

Cl. A-13, Assigned Aaa

Cl. A-14, Assigned Aa1

Cl. A-15, Assigned Aaa

Cl. A-16, Assigned Aaa

Cl. A-17, Assigned Aaa

Cl. X, Assigned Aaa

Cl. PO, Assigned Aaa

Cl. A-R, Assigned Aaa

Additional research is available on http://www.moodys.com

New York
Warren Kornfeld
Managing Director
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Ajit Thomas
Associate Analyst
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

Copyright 2007, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."



Global Credit Research
Rating Action
8 JUN 2006

**Rating Action:** Deutsche Alt-B Securities, Inc. Mortgage Loan Trust Series 2006-AB2

**MOODY'S RATES DEUTSCHE ALT-B SECURITIES 2006-AB2 ALT-A MORTGAGE DEAL**

**Approximately $564 Million of Asset-Backed Securities Rated**

New York, June 08, 2006 -- Moody's Investors Service has assigned a Aaa rating to the senior certificates issued by Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB2, and ratings ranging from Aa1 to Ba1 to the subordinate certificates in the deal.

The securitization is backed by American Home Mortgage Corp (38%), GreenPoint Mortgage Funding Inc (21%), and other mortgage lenders (41%, none originating over 10%), originated, fixed-rate, alt-a mortgage loans acquired by DB Structured Products, Inc. The ratings are based primarily on the credit quality of the loans, and on the protection from subordination, excess spread, and overcollateralization (OC). The ratings of the Class A-4, Class A-5A, and Class A-6 Certificates receive additional benefit from a financial guaranty insurance policy provided by Ambac Assurance Corporation. Moody's expects collateral losses to range from 1.45% to 1.65%.

American Home Mortgage Servicing, Inc., GMAC Mortgage Corporation, GreenPoint Mortgage Funding, Inc., and other primary mortgage servicers will service the loans. Wells Fargo Bank NA (Wells Fargo) will act as master servicer. Moody's has assigned Wells Fargo its top servicer quality rating (SQ1) as a master servicer.

THE COMPLETE RATING ACTIONS ARE AS FOLLOWS:

Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB2

Mortgage Pass-Through Certificates

Cl. A-1, Assigned Aaa

Cl. A-2, Assigned Aaa

Cl. A-3, Assigned Aaa

Cl. A-4, Assigned Aaa

Cl. A-5A, Assigned Aaa

Cl. A-5B, Assigned Aaa

Cl. A-6, Assigned Aaa

Cl. A-7, Assigned Aaa

Cl. A-8, Assigned Aaa

Cl. M-1, Assigned Aa1

Cl. M-2, Assigned Aa2

Cl. M-3, Assigned Aa3

Cl. M-4, Assigned A1

Cl. M-5, Assigned A2

Cl. M-6, Assigned A3

Cl. M-7, Assigned Baa2

Cl. M-8, Assigned Ba1

Additional research is available on http://www.moodys.com

New York
Deepika Kothari
Associate Analyst
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Mark DiRienz
Managing Director
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

Copyright 2006, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."

Moody's Investors Service Pty Limited does not hold an Australian financial services licence under the Corporations Act. This credit rating opinion has been prepared without taking into account any of your objectives, financial situation or needs. You should, before acting on the opinion, consider the appropriateness of the opinion having regard to your own objectives, financial situation and needs.



**Global Credit Research**
**Rating Action**
9 MAR 2006

**Rating Action:** First Horizon Alternative Mortgage Securities Trust 2006-FA1

**MOODY'S RATES FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA1 DEAL**

**Approximately $560 Million of Mortgage-Backed Securities Rated**

New York, March 09, 2006 -- Moody's Investors Service has assigned Aaa and Aa1 ratings to the senior certificates issued by First Horizon Alternative Mortgage Securities Trust 2006-FA1.

The transaction is backed by fixed-rate mortgage loans originated by First Horizon Home Loan Corporation ("First Horizon"). Substantially all of the loans were originated pursuant to First Horizon's Alt-A underwriting criteria. The ratings of the certificates are based primarily on the credit quality of the underlying mortgages, the credit enhancement provided by subordination, and the legal structure of the transaction. Moody's expects collateral losses on the pool to range from 0.55% to 0.75%

First Horizon (rated "SQ2" by Moody's as a primary servicer of prime loans) will be the master servicer and subservicer of the deal and First Tennessee Mortgage Services, Inc. will be the servicer.

THE COMPLETE RATING ACTIONS ARE AS FOLLOWS:

Issuer: First Horizon Alternative Mortgage Securities Trust 2006-FA1

Cl. I-A-1, Assigned Aaa

Cl. I-A-2, Assigned Aaa

Cl. I-A-3, Assigned Aaa

Cl. I-A-4, Assigned Aaa

Cl. I-A-5, Assigned Aaa

Cl. I-A-6, Assigned Aaa

Cl. I-A-7, Assigned Aaa

Cl. I-A-8, Assigned Aaa

Cl. I-A-9, Assigned Aaa

Cl. I-A-10, Assigned Aaa

Cl. I-A-11, Assigned Aa1

Cl. I-A-12, Assigned Aaa

Cl. I-A-PO, Assigned Aaa

Cl. I-A-R, Assigned Aaa

Cl. II-A-1, Assigned Aaa

Cl. II-A-PO, Assigned Aaa

Additional research is available on http://www.moodys.com.

New York
Mark DiRienz
Managing Director

Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Zhiqin Huang
Associate Analyst
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

Copyright 2006, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."

Moody's Investors Service Pty Limited does not hold an Australian financial services licence under the Corporations Act. This credit rating opinion has been prepared without taking into account any of your objectives, financial situation or needs. You should, before acting on the opinion, consider the appropriateness of the opinion having regard to your own objectives, financial situation and needs.



Global Credit Research
Rating Action
20 JUL 2006

**Rating Action:** First Horizon Alternative Mortgage Securities Trust 2006-FA4

**MOODY'S RATES FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA4 DEAL**

**Approximately $338 Million of Mortgage-Backed Securities Rated**

New York, July 20, 2006 -- Moody's Investors Service has assigned Aaa and Aa1 ratings to the senior certificates issued by First Horizon Alternative Mortgage Securities Trust 2006-FA4 and ratings ranging from Aa1 to Baa2 to the subordinate certificates in this deal.

The transaction is backed by fixed-rate mortgage loans originated by First Horizon Home Loan Corporation ("First Horizon"). Substantially all of the loans were originated pursuant to First Horizon's Alt-A underwriting criteria. The ratings of the certificates are based primarily on the credit quality of the underlying mortgages, the credit enhancement provided by subordination, and the legal structure of the transaction. Moody's expects collateral losses on the pool to range from 0.50% to 0.70%

First Horizon (rated "SQ2+" by Moody's as a primary servicer of prime 1st lien loans) will be the master servicer and subservicer of the deal and First Tennessee Mortgage Services, Inc. will be the servicer.

THE COMPLETE RATING ACTIONS ARE AS FOLLOWS:

Issuer: First Horizon Alternative Mortgage Securities Trust 2006-FA4

Cl. I-A-1, Assigned Aaa

Cl. I-A-2, Assigned Aaa

Cl. I-A-3, Assigned Aaa

Cl. I-A-4, Assigned Aaa

Cl. I-A-5, Assigned Aa1

Cl. I-A-PO, Assigned Aaa

Cl. I-A-R, Assigned Aaa

Cl. II-A-PO, Assigned Aaa

Cl. II-A-1, Assigned Aaa

Cl. B-1A, Assigned Aa1

Cl. B-1B, Assigned Aa3

Cl. B-2A, Assigned A1

Cl. B-2B, Assigned A3

Cl. B-3A, Assigned Baa2

Additional research is available on http://www.moodys.com.

New York
Mark DiRienz
Managing Director
Structured Finance Group
Moody's Investors Service

JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Zhiqin Huang
Associate Analyst
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

Copyright 2006, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."

Moody's Investors Service Pty Limited does not hold an Australian financial services licence under the Corporations Act. This credit rating opinion has been prepared without taking into account any of your objectives, financial situation or needs. You should, before acting on the opinion, consider the appropriateness of the opinion having regard to your own objectives, financial situation and needs.



**Global Credit Research**
**Rating Action**
7 APR 2006

**Rating Action:** RALI Series 2006-QS3 Trust

**MOODY'S RATES RALI SERIES 2006-QS3 TRUST ALT-A MORTGAGE DEAL**

**Approximately $958 Million of Mortgage-Backed Securities Rated**

New York, April 07, 2006 -- Moody's Investors Service has assigned a Aaa rating to the senior certificates and Aa1 to senior support certificate issued by RALI Series 2006-QS3 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3.

The securitization is backed by HomeComings Financial Network, Inc. (25.2%), Suntrust Mortgage, Inc. (15.2%), and National City Mortgage Company (12.2%) originated 30 year term fixed-rate Alt-A mortgage loans acquired by Residential Accredit Loans, Inc. The ratings are based primarily on the credit quality of the loans and on the protection from subordination. Moody's expects collateral losses to range from 0.75% to 0.95%.

HomeComings Financial Network, Inc. (Homecomings), National City Mortgage Company, Suntrust Mortgage, Inc., and GMAC Mortgage Corporation will service the loans, and Residential Funding Corporation (RFC) will act as master servicer. Moody's has assigned Homecomings its top servicer quality rating (SQ1) as servicer of prime first lien loans and RFC its top servicer quality rating (SQ1) as master servicer.

THE COMPLETE RATING ACTIONS ARE AS FOLLOWS:

RALI Series 2006-QS3 Trust

Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3

Cl. I-A-1, Assigned Aaa

Cl. I-A-2, Assigned Aaa

Cl. I-A-3, Assigned Aaa

Cl. I-A-4, Assigned Aaa

Cl. I-A-5, Assigned Aaa

Cl. I-A-6, Assigned Aaa

Cl. I-A-7, Assigned Aaa

Cl. I-A-8, Assigned Aaa

Cl. I-A-9, Assigned Aaa

Cl. I-A-10, Assigned Aaa

Cl. I-A-11, Assigned Aaa

Cl. I-A-12, Assigned Aaa

Cl. I-A-13, Assigned Aaa

Cl. I-A-14, Assigned Aaa

Cl. I-A-15, Assigned Aa1

Cl. I-A-P, Assigned Aaa

Cl. I-A-V, Assigned Aaa

Cl. II-A-1, Assigned Aaa

Cl. II-A-P, Assigned Aaa

Cl. II-A-V, Assigned Aaa

Cl. R-I, Assigned Aaa

Cl. R-II, Assigned Aaa

Cl. R-III, Assigned Aaa

Additional research is available on http://www.moodys.com.

New York
Mark DiRienz
Managing Director
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Arif Bekiroglu
Associate Analyst
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

Copyright 2006, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."

Moody's Investors Service Pty Limited does not hold an Australian financial services licence under the Corporations Act. This

credit rating opinion has been prepared without taking into account any of your objectives, financial situation or needs. You should, before acting on the opinion, consider the appropriateness of the opinion having regard to your own objectives, financial situation and needs.



**Global Credit Research**
**Rating Action**
14 AUG 2006

**Rating Action:** RALI Series 2006-QS8 Trust

**MOODY'S RATES RALI SERIES 2006-QS8 TRUST ALT-A MORTGAGE DEAL**

**Approximately $ 901 Million of Mortgage-Backed Securities Rated**

New York, August 14, 2006 -- Moody's Investors Service has assigned a Aaa rating to the senior certificates issued by RALI Series 2006-QS8 Trust.

The securitization is backed by Homecomings Financial Network, Inc. (19.6%), National City Mortgage Corporation (15.3%), SunTrust Mortgage, Inc. (14.3%), and other originators originated fixed-rate Alt-A mortgage loans acquired by Residential Accredit Loans, Inc. The ratings are based primarily on the credit quality of the loans and on the protection from subordination. Moody's expects collateral losses to range from 0.85% to 1.05%.

Homecomings Financial Network, Inc. (Homecomings), National City Mortgage Corporation, SunTrust Mortgage, Inc. and GMAC Mortgage Corporation (GMAC) will service the loans. Residential Funding Corporation (RFC) will act as master servicer. Moody's has assigned Homecomings its top servicer quality rating of SQ1 as primary servicer of prime loans. Moody's has also assigned SunTrust Mortgage, Inc. its servicer quality rating of SQ2+ as primary servicer of prime loans and RFC its top servicer quality rating of SQ1 as master servicer.

THE COMPLETE RATING ACTIONS ARE AS FOLLOWS:

RALI Series 2006-QS8 Trust

Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS8

Cl. A-1, Assigned Aaa

Cl. A-2, Assigned Aaa

Cl. A-3, Assigned Aaa

Cl. A-4, Assigned Aaa

Cl. A-5, Assigned Aaa

Cl. A-P, Assigned Aaa

Cl. A-V, Assigned Aaa

Cl. R-I, Assigned Aaa

Cl. R-II, Assigned Aaa

Additional research is available on http://www.moodys.com.

New York
Warren Kornfeld
Managing Director
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Odile Grisard Boucher
Associate Analyst

Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

Copyright 2006, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."

This credit rating opinion has been prepared without taking into account any of your objectives, financial situation or needs. You should, before acting on the opinion, consider the appropriateness of the opinion having regard to your own objectives, financial situation and needs.



**Global Credit Research**
**Rating Action**
18 DEC 2006

**Rating Action:** RALI Series 2006-QS16 Trust

**Moody's Rates RALI Series 2006-QS16 Trust Alt-A Mortgage Deal**

**Approximately $701 Million of Mortgage-Backed Securities Rated**

New York, December 18, 2006 -- Moody's Investors Service has assigned a Aaa rating to the senior certificates issued by RALI Series 2006-QS16 Trust.

The securitization is backed by fixed-rate Alt-A mortgage loans originated by Homecomings Financial, LLC (30.4%), Wachovia Mortgage Corporation (15.0%), National City Mortgage Company (11.3%), GMAC Mortgage, LLC (8.4%) and other originators. The ratings are based primarily on the credit quality of the loans and on the protection from subordination. Moody's expects collateral losses to range from 0.85% to 1.05%.

Primary servicing will be provided by Homecomings Financial, LLC (Homecomings), National City Mortgage Company and GMAC Mortgage, LLC. Residential Funding Company, LLC (GMAC-RFC) will act as master servicer. Moody's has assigned Homecomings its top servicer quality rating of SQ1 as a primary servicer of prime loans and a servicer quality rating of SQ2+ as a primary servicer of subprime loans. Furthermore, Moody's has assigned GMAC-RFC its top servicer quality rating of SQ1 as a master servicer.

THE COMPLETE RATING ACTIONS ARE AS FOLLOWS:

RALI Series 2006-QS16 Trust

Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS16

Cl. A-1, Assigned Aaa

Cl. A-2, Assigned Aaa

Cl. A-3, Assigned Aaa

Cl. A-4, Assigned Aaa

Cl. A-5, Assigned Aaa

Cl. A-6, Assigned Aaa

Cl. A-7, Assigned Aaa

Cl. A-8, Assigned Aaa

Cl. A-9, Assigned Aaa

Cl. A-10, Assigned Aaa

Cl. A-11, Assigned Aaa

Cl. A-P, Assigned Aaa

Cl. A-V, Assigned Aaa

Cl. R-I, Assigned Aaa

Cl. R-II, Assigned Aaa

Additional research is available on http://www.moodys.com.

New York
Warren Kornfeld
Managing Director
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Arif Bekiroglu
Associate Analyst
Structured Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

Copyright 2006, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."

This credit rating opinion has been prepared without taking into account any of your objectives, financial situation or needs. You should, before acting on the opinion, consider the appropriateness of the opinion having regard to your own objectives, financial situation and needs.