**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY OF ROCHELLE, ILLINOIS. | ) ) ) | |
| Plaintiff, | ) ) | No. 2013-cv-05693 |
| v. | ) ) | |
| THE MCGRAW-HILL COMPANIES, INC., STANDARD & POOR'S FINANCIAL SERVICES, LLC., STANDARD & POOR'S RATINGS SERVICES, and MOODY'S CORP., MOODY'S INVESTORS SERVICES, INC., | ) ) ) ) ) ) ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:  The Persons on the Attached Service List

　　　PLEASE TAKE NOTICE that on Thursday, January 16, 2014, the undersigned filed with the Clerk of the United States District Court the foregoing *Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the First Amended Complaint*, copies of which are hereby served upon you.

Dated: January 16, 2014.

Respectfully submitted,

**McGRAW HILL FINANCIAL, INC.; STANDARD & POOR'S FINANCIAL SERVICES, LLC; and MOODY'S CORPORATION; MOODY'S INVESTORS SERVICE, INC.**

| By: /s/ Dawn M. Canty | By: /s/ Michael P. Kornak |
|---|---|
| Sheldon T. Zenner<br>Gil M. Soffer<br>Dawn M. Canty<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>Phone: (312) 902-5200<br>Fax: (312) 902-1061<br>sheldon.zenner@kattenlaw.com<br>gil.soffer@kattenlaw.com<br>dawn.canty@kattenlaw.com<br><br>Floyd Abrams*<br>Susan Buckley<br>Jason M. Hall<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, New York 10005-1702<br>(212) 701-3000 (telephone)<br>(212) 378-2712 (facsimile)<br><br>* *Pending appearance in this action.*<br><br>***Attorneys for McGraw Hill Financial, Inc. and Standard & Poor's Financial Services, LLC*** | Michael P. Kornak (#6237471)<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, Illinois 60606<br>(312) 360-6000<br><br>Joshua M. Rubins<br>James J. Coster<br>Glenn C. Edwards<br>SATTERLEE STEPHENS BURKE & BURKE LLP<br>230 Park Avenue, 11th Floor<br>New York, New York 10169<br>Phone: (212) 818-9200<br>Fax: (212) 818-9606<br><br>***Attorneys for Moody's Corporation and Moody's Investors Service, Inc.*** |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on January 16, 2014, she caused a true and correct copy of the foregoing *Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the First Amended Complaint* to be filed using the CM/ECF system, which will send notification of such filing to the registered CM/ECF users listed below:

>Derek S. Witte
>TALCOTT FRANKLIN P.C.
>ARDC No. 6278731
>40 North Pearl Street, Suite 924
>Grand Rapids, MI 49503
>Phone: (616) 719-3106
>Fax:  (877) 577-1356
>derek@talcottfranklin.com
>
>Talcott J. Franklin
>Martha Evans
>TALCOTT FRANKLIN P.C.
>208 North Market Street, Suite 200
>Dallas, Texas  75202
>Phone: (214) 736-8730
>Fax: (877) 577-1356
>tal@talcottfranklin.com
>
>Howard B. Prossnitz, Esq.
>ARDC No. 2258927
>LAW OFFICES OF HOWARD PROSSNITZ
>218 North Jefferson
>Suite 300
>Chicago, IL 60661
>(312) 382-8201
>(312) 382-8203 fax
>howard@prossnitzlaw.com

>/s/ Dawn M. Canty
>DAWN M. CANTY