# EXHIBIT A

# Individual Grounds for Dismissal of FNBR's Claims

|  | Illinois Consumer Fraud Act (815 ILCS 505/2) | Uniform Deceptive Trade Practices Act (815 ILCS 510/2) | Fraud/Fraudulent Misrepresentation | Negligent Misrepresentation |
|---|---|---|---|---|
| Barred by the Statute of Repose | x | x | x | x |
| Failure to Plead an Actionable Misstatement | x | x | x | x |
| Failure to Plead a Duty of Care |  |  |  | x |
| Failure to Plead Causation | x |  | x | x |
| Failure to Plead Reliance |  |  | x | x |
| Failure to Plead Likelihood of Future Harm |  | x |  |  |
| Failure to Plead with Particularity | x | x | x |  |
| Barred by the First Amendment | x | x |  | x |
| Preempted by CRARA | x | x |  | x |