# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY OF ROCHELLE, ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) | No. 2013-cv-05693 |
| v. | ) ) | |
| THE MCGRAW-HILL COMPANIES, INC., STANDARD & POOR'S FINANCIAL SERVICES, LLC, STANDARD & POOR'S RATINGS SERVICES, and MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., | ) ) ) ) ) ) ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) | |

## DEFENDANTS' JOINT MOTION TO AMEND
## THEIR MOTION TO DISMISS

Defendants McGraw Hill Financial, Inc. (f/k/a The McGraw-Hill Companies, Inc.), Standard & Poor's Financial Services, LLC, and Moody's Corporation and Moody's Investors Service, Inc., respectfully move the Court for leave to amend their Motion to Dismiss the First Amended Complaint (ECF Document #36) for the purposes of asserting the defense of lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2). In support of their Motion, Defendants incorporate the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Amend Their Motion to Dismiss.

Dated: January 16, 2014

      Respectfully submitted,

      **MCGRAW HILL FINANCIAL, INC.; STANDARD & POOR'S FINANCIAL SERVICES, LLC; and MOODY'S CORPORATION; MOODY'S INVESTORS SERVICE, INC.**

| | |
|---|---|
| By: /s/ Dawn M. Canty | By: /s/ Michael P. Kornak |
| Sheldon T. Zenner | Michael P. Kornak (#6237471) |
| Gil M. Soffer | FREEBORN & PETERS LLP |
| Dawn M. Canty | 311 South Wacker Drive |
| KATTEN MUCHIN ROSENMAN LLP | Suite 3000 |
| 525 West Monroe Street | Chicago, Illinois 60606 |
| Chicago, IL 60661 | (312) 360-6000 |
| Phone: (312) 902-5200 | |
| Fax: (312) 902-1061 | James J. Coster |
| sheldon.zenner@kattenlaw.com | Joshua M. Rubins |
| gil.soffer@kattenlaw.com | Glenn C. Edwards |
| dawn.canty@kattenlaw.com | SATTERLEE STEPHENS BURKE & BURKE LLP |
| | 230 Park Avenue, 11th Floor |
| Floyd Abrams | New York, New York 10169 |
| Susan Buckley | Phone: (212) 818-9200 |
| Jason M. Hall | Fax: (212) 818-9606 |
| CAHILL GORDON & REINDEL LLP | |
| Eighty Pine Street | *Attorneys for Moody's Corporation and* |
| New York, New York 10005-1702 | *Moody's Investors Service, Inc.* |
| (212) 701-3000 (telephone) | |
| (212) 378-2712 (facsimile) | |
| | |
| *Attorneys for McGraw Hill Financial, Inc. and Standard & Poor's Financial Services, LLC* | |