# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY OF ROCHELLE, ILLINOIS. | )<br>)<br>) |
| Plaintiff, | ) No. 2013-cv-05693 |
| v. | )<br>)<br>) |
| THE MCGRAW-HILL COMPANIES, INC., STANDARD & POOR'S FINANCIAL SERVICES, LLC., STANDARD & POOR'S RATINGS SERVICES, and MOODY'S CORP., MOODY'S INVESTORS SERVICES, INC., | ) Judge Rebecca R. Pallmeyer<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on Thursday, January 23, 2014, at 8:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge as may be sitting in her place and stead, and will then and there present *Defendants' Joint Motion to Amend Their Motion to Dismiss*, a copy of which is attached hereto and hereby served upon you.

Dated: January 16, 2014

      Respectfully submitted,

**MCGRAW HILL FINANCIAL, INC.; STANDARD & POOR'S FINANCIAL SERVICES, LLC; and MOODY'S CORPORATION; MOODY'S INVESTORS SERVICE, INC.**

| | |
|---|---|
| By: /s/ Dawn M. Canty | By: /s/ Michael P. Kornak |
| Sheldon T. Zenner<br>Gil M. Soffer<br>Dawn M. Canty<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>Phone: (312) 902-5200<br>Fax:    (312) 902-1061<br>sheldon.zenner@kattenlaw.com<br>gil.soffer@kattenlaw.com<br>dawn.canty@kattenlaw.com<br><br>Floyd Abrams<br>Susan Buckley<br>Jason M. Hall<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, New York 10005-1702<br>(212) 701-3000 (telephone)<br>(212) 378-2712 (facsimile)<br><br>*Attorneys for McGraw Hill Financial, Inc. and Standard & Poor's Financial Services, LLC* | Michael P. Kornak (#6237471)<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, Illinois 60606<br>(312) 360-6000<br><br>James J. Coster<br>Joshua M. Rubins<br>Glenn C. Edwards<br>SATTERLEE STEPHENS BURKE & BURKE LLP<br>230 Park Avenue, 11th Floor<br>New York, New York 10169<br>Phone: (212) 818-9200<br>Fax: (212) 818-9606<br><br>*Attorneys for Moody's Corporation and Moody's Investors Service, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on January 16, 2014, she caused a true and correct copy of the foregoing *Defendants' Joint Motion to Amend Their Motion to Dismiss* and *Memorandum of Law in Support of Defendants' Motion to Amend Their Motion to Dismiss* to be filed using the CM/ECF system, which will send notification of such filing to the registered CM/ECF users listed below:

> Derek S. Witte
> TALCOTT FRANKLIN P.C.
> ARDC No. 6278731
> 40 North Pearl Street, Suite 924
> Grand Rapids, MI 49503
> Phone: (616) 719-3106
> Fax: (877) 577-1356
> derek@talcottfranklin.com
>
> Talcott J. Franklin
> Martha Evans
> TALCOTT FRANKLIN P.C.
> 208 North Market Street, Suite 200
> Dallas, Texas 75202
> Phone: (214) 736-8730
> Fax: (877) 577-1356
> tal@talcottfranklin.com
>
> Howard B. Prossnitz, Esq.
> ARDC No. 2258927
> LAW OFFICES OF HOWARD PROSSNITZ
> 218 North Jefferson
> Suite 300
> Chicago, IL 60661
> (312) 382-8201
> (312) 382-8203 fax
> howard@prossnitzlaw.com

    /s/ Dawn M. Canty
    DAWN M. CANTY